08 C 871 JUDGE LINDBERG
MAGISTRATE JUDGE KEYS

| CHARGE OF DISCRIMINATION<br>The Privacy Act of 1974 affects this form: See Privacy act statement before completing this form.<br>06W0926.10 | AGENCY<br>☒ IDHR<br>☐ EEOC | CHARGE NUMBER<br>2006CF0720 |
|---|---|---|

**Illinois Department of Human Rights and EEOC**

| NAME (indicate Mr. Ms. Mrs.)<br>Trisha Howell Devenport | HOME TELEPHONE (include area code)<br>(773) 772-3722 | |
|---|---|---|
| STREET ADDRESS<br>1343 N Ashland, Apt #2 | CITY, STATE AND ZIP CODE<br>Chicago, Illinois 60622 | DATE OF BIRTH |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME<br>Sam's Club | NUMBER OF EMPLOYEES, MEMBERS 15+ | TELEPHONE (Include area code)<br>(773) 772-3722 |
|---|---|---|
| STREET ADDRESS<br>9500 W Joliet Road | CITY, STATE AND ZIP CODE<br>Hodgkins, Illinois 60525 | COUNTY<br>Cook |

| CAUSE OF DISCRIMINATION BASED ON:<br><br>SEX | DATE OF DISCRIMINATION<br>EARLIEST (ADEA/EPA) LATEST (ALL)<br>04-07-05<br>☐ CONTINUING ACTION |
|---|---|

THE PARTICULARS ARE (if additional space is needed attach extra sheets)

I. A. ISSUE/BASIS

   SUSPENSION – APRIL 2, 2005, DUE TO MY SEX, FEMALE

   B. PRIMA FACIE ALLEGATIONS

   1. My sex is female.

   2. My work performance as a sales manager met Respondent's expectations. I was hired On June 26, 1986

   3. On April 2, 2005, I was suspended, pending an investigation by Larry Dodson (male), Director Of Operations. The reason cited for the suspension was for an alleged act of gross misconduct.

(Continued)

I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

SUBSCRIBED AND SWORN TO BEFORE ME ON THIS
*Krystal T. Rogers* 9/27/05
NOTARY SIGNATURE      MONTH DATE-YEAR

"OFFICIAL SEAL"
Krystal L Rogers
Notary Public, State of Illinois
My Commission Expires Nov. 15, 2006

x *Trisha H Devenport* 9/27/05
SIGNATURE OF COMPLAINANT     DATE

I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief

FORM 5 (5/05)

"A"

Complainant: Trish ᴀᴏ ᴅ Devenport
Charge Number: 2006CF0720
Page 2

    4.    I vehemently deny I engaged in such conduct. Similarly situated, male managers, Frank Reich, Wayne Brock, Milton Lynch, and Bob Johnson, have been cited for gross misconduct, however, they were not suspended.

II    A. ISSUE/BASIS

    DISCHARGE– APRIL 7, 2005, DUE TO MY SEX, FEMALE

B. PRIMA FACIE ALLEGATIONS

1. My sex is female.

2. My work performance as a sales manager met Respondent's expectations. I. Was hired on June 26, 1986.

3. On April 2, 2005, I was discharged by Larry Dodson (male), Director of Operations. The reason cited for the discharge was for an alleged act of gross misconduct.

4. I vehemently deny I engaged in such conduct. Similarly situated, male Managers, Frank Reich, Wayne Brock, Milton Lynch and Bob Johnson, have been cited for gross misconduct, however, they were not discharged.

HMS/RCG/JJT