**08 C 871**
**JUDGE LINDBERG**
**MAGISTRATE JUDGE KEYS**

# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
Trisha Howell Devenport

**DEFENDANTS**
Sam's Club and/or Sam's Club West

**(b)** County of Residence of First Listed Plaintiff: Lake Co. In.
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
John C. Ireland
1921 Charles Lane
Aurora Ill 60505 630-464-9675 fax 630-206-0889

Attorneys (If Known)
Barnes and Thornburg
One North Wacker Drive Suite 4400
Chicago Ill 60606-2833

**II. BASIS OF JURISDICTION** — [X] 3 Federal Question (U.S. Government Not a Party)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (For Diversity Cases Only)

**IV. NATURE OF SUIT** — 442 Employment

**V. ORIGIN** — [X] 1 Original Proceeding

**VI. CAUSE OF ACTION:** 42 USC 2000 and 29 USC 2601

**VII. PREVIOUS BANKRUPTCY MATTERS**

**VIII. REQUESTED IN COMPLAINT:** DEMAND $ 1,000,000.00 JURY DEMAND: [X] Yes [ ] No

**IX. This case** [X] is not a refiling of a previously dismissed action.

DATE: 2/8/08
SIGNATURE OF ATTORNEY OF RECORD: John C. Ireland

**FILED**
**FEBRUARY 10, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT