# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Trisha Howell Devenport
v.
Sam's Club and Sam's Club West

Case Number:

**FILED**
**FEBRUARY 10, 2008**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

**PH**
**08 C 871**
**JUDGE LINDBERG**
**MAGISTRATE JUDGE KEYS**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, Trisha Howell Devenport

| | |
|---|---|
| NAME (Type or print) | |
| John C. Ireland | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ John C. Ireland | |
| FIRM | |
| The Law Office of John C. Ireland | |
| STREET ADDRESS | |
| 1921 Charles Lane | |
| CITY/STATE/ZIP | |
| Aurora Ill 60505 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 628137 | 630-464-9675 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐ APPOINTED COUNSEL ☐ | |