THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRISHA HOWELL DEVENPORT, | ) |
| | ) |
| Plaintiff, | ) Case No. 08 C 871 |
| | ) |
| | ) Honorable Judge George W. Lindberg |
| v. | ) |
| | ) Magistrate: Arlander Keys |
| | ) |
| | ) **Plaintiff Demands Trial By Jury** |
| SAM'S CLUB WEST and/or SAM'S CLUB | ) |
| | ) |
| Defendant | ) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE THAT on March 5, 2008 at 9:30 AM or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable George W. Lindberg or any judge sitting in his/her stead, in the courtroom usually occupied by him/her in the Federal District Court 219 S. Dearborn Chicago, Illinois and then and there present the following:

**PLAINTIFF'S MOTION TO AMEND COMPLAINT UNDER FRCP 15 (A)**
*instanter*

And a copy of this Notice

To be served on the parties on the attached Service List on February 20, 2008, by US Mail and/or Electronic delivery.

                                            ____/s/John C. Ireland _____
                                            John C. Ireland

**SERVICE LIST**

Barnes & Thornbury
One North Wacker Drive
Suite 4400
Chicago, IL 60606-2833
# 628137