THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRISHA HOWELL DEVENPORT, | ) | |
| | ) | |
| Plaintiff , | ) | Case No. 08 C 871 |
| | ) | |
| | ) | Honorable Judge George W. Lindberg |
| v. | ) | |
| | ) | Magistrate: Arlander Keys |
| | ) | |
| | ) | **Plaintiff Demands Trial By Jury** |
| SAM'S CLUB WEST and/or SAM'S CLUB | ) | |
| | ) | |
| Defendant | ) | |

## NOTICE OF FILING

I, John C. Ireland, of the Law Office of John C. Ireland, hereby certify that I have caused copies of the

**Signed Waiver of Service**

And a copy of this Notice

To be served on the parties on the attached Service List on April 16, 2008, by US Mail and/or Electronic delivery.

                                                ____/s/John C. Ireland _____
                                                John C. Ireland

## SERVICE LIST

Barnes & Thornbury
One North Wacker Drive
Suite 4400
Chicago, IL 60606-2833
# 628137