# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | George W. Lindberg | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 871 | **DATE** | 6/11/2008 |
| **CASE TITLE** | Devenport vs. Sam's Club West | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 6/25/2008 at 9:30a.m. Discovery cutoff date set for 9/3/2008. Discovery hearing set for 8/6/2008 at 9:30a.m. Motion for summary judgment and supporting memorandum to be filed on or before 10/15/2008. Response to the motion for summary judgment to be filed on or before 10/29/2008. Reply due 11/5/2008. Ruling on the motion for summary judgment set for 12/3/2008 at 9:30a.m. Proposed final pretrial order to be submitted to chambers at 2:00p.m. on 12/16/2008. Jury trial set for 1/5/2009 at 10:00a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | SLB |
|---|---|---|