UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
Consent to Exercise of Jurisdiction
By a United States Magistrate Judge

---

Case Title
TRISHA HOWELL DEVENPORT

V.

SAM'S CLUB WEST and/or SAM'S CLUB

Case Number: 08 C 871

Assigned Judge: Lindberg

Designated
Magistrate Judge: Keys

In accordance with the provisions of Title 28 U.S.C. §636(c), the undersigned party or parties to the above-captioned civil matter hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial, and order the entry of a final judgment. Should this case be reassigned to a magistrate judge other than the magistrate judge designated pursuant to Local Rule 72, the undersigned may object within 30 days of such reassignment. If an objection is filed by any party, the case will be reassigned to the district judge before whom it was last pending.

| Date | By: Signature | Name of Party or Parties |
|---|---|---|
| June 24, 2008 | /s John C. Ireland | Trisha Howell Devenport |
| June 24, 2008 | /s Douglas M. Oldham | Sam's West, Inc. |
| | | |
| | | |

Note: File this consent *only* if all parties have consented on this form to the exercise of jurisdiction by a United States magistrate judge.

**CERTIFICATE OF SERVICE**

I hereby certify that on June 25, 2008, I electronically filed the foregoing Consent to Exercise of Jurisdiction By a United States Magistrate Judge with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> John C. Ireland
> The Law Office of John C. Ireland
> 1921 Charles Lane
> Aurora, Illinois  60505

> *s/ Douglas M. Oldham*
> Douglas M. Oldham