THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRISHA HOWELL DEVENPORT, | ) | |
| | ) | |
| Plaintiff , | ) | Case No. 08 C 871 |
| | ) | |
| | ) | Honorable Judge George W. Lindberg |
| v. | ) | |
| | ) | Magistrate: Arlander Keys |
| | ) | |
| | ) | **Plaintiff Demands Trial By Jury** |
| SAM'S CLUB WEST and/or SAM'S CLUB | ) | |
| | ) | |
| Defendant | ) | |

**PLAINTIFF'S UNOPPOSED MOTION TO CHANGE THE INITIAL STATUS DATE OF AUGUST 15, 2008 TO AUGUST 11, 2008 AND/OR STRIKE THE AUGUST 15, 2008 DATE AND RESET TO A DATE OF PREFERNCE OF THE COURT**

NOW COMES, Plaintiff, by his attorney and moves this Honorable Court for an order of Striking the initial status date of August 15, 2008 and/or allowing the Motion date for this Motion to serve as the initial status date, in support of which states as follows:

1. This case involves allegations of sex and pregnancy discrimination, FMLA retaliation and interference, tort and contract claims under Illinois Common Laws.

2. The Case was originally before the Honorable George W. Lindberg on all matters.

3. The Case has been transferred to the Honorable Arlander Keys by Judge Lindberg, after the parties consented to the transfer.

4. On July 28, 2008 Judge Keys entered an order setting the initial status date for this matter for August 15, 2008 at 9:00 AM.

5. Handling this matter for Plaintiff is attorney John C. Ireland.

6. Plaintiff's Counsel is a solo practitioner and has a pre-paid personal vacation out-of-state scheduled for 8/13/08 – 8/18/08.

7. The Counsel's travel plans were purchased in February of 2008.

8. Counsel now asks this Honorable Court's to allow a resetting of the status to a date later in August.

9. Plaintiff Counsel communicated the intent to move for this change of date and asked for agreement on the issue from Defendants Counsel.

10. Defendant's Counsel, Douglas M. Oldham, stated the Defendant would not oppose the Plaintiff's Motion.

11. Additionally, Plaintiff and Defendant's Counsel have prepared a report for the court, which parties intend to file on August 7 or August 8, which would provide the required information in accordance with the Judge Keys "Initial Status Conference" instructions on the District Court's website.

12. Counsel are prepared to attend and conduct the initial status conference on the date of the hearing of this Motion; Monday August 11, 2008 at 9:00 am.

13. Alternatively, Plaintiff Counsel requests a change in the initial status date to August 20, 2008.

14. Defendant Counsel has advised that he is also available on August 20, 2008.

15. Alternatively Plaintiff Counsel requests a change to any date preferred by the court.

WHEREFORE, the Plaintiff respectfully requests that this Honorable Court allow a change in the status date from August 15, 2008 to August 11, 2008, or to August 20, 2008 or any date available and convenient to the Court.

By: _____/S/ John C. Ireland __

John C. Ireland
The Law Office of John C. Ireland
1921 Charles Lane
Aurora Illinois   60505
630-464-9675
FACSIMILE 630-206-0889
Attorneyireland@aol.com
Attorney Number 6283137