THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRISHA HOWELL DEVENPORT, | ) | |
| | ) | |
| Plaintiff , | ) | Case No. 08 C 871 |
| | ) | |
| | ) | Honorable Judge George W. Lindberg |
| v. | ) | |
| | ) | Magistrate: Arlander Keys |
| | ) | |
| | ) | **Plaintiff Demands Trial By Jury** |
| SAM'S CLUB WEST and/or SAM'S CLUB | ) | |
| | ) | |
| Defendant | ) | |

**NOTICE OF MOTION**

TO:

Douglas M. Oldham
Barnes & Thornburg LLP
One North Wacker Drive
Suite 4400
Chicago, IL  60606-2809
(312) 214-5605

     PLEASE TAKE NOTICE THAT on August 11, 2008 at 9:00 PM or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Arlander Keys or any judge sitting in his/her stead, in the courtroom usually occupied by him/her in the United States District Court for the Northern Illinois District of Illinois, 219 Dearborn, Chicago, Illinois and then and there present the following:

**PLAINTIFF'S UNOPPOSED MOTION TO CHANGE THE INITIAL STATUS DATE OF**

**AUGUST 15, 2008 TO AUGUST 11, 2008 AND/OR STRIKE THE AUGUST 15, 2008**

**DATE AND RESET TO A DATE OF PREFERNCE OF THE COURT**

A copy of which is herewith served upon you.

**PROOF OF SERVICE**

   The undersigned on oath states that the above described documents and a copy of this notice were served by US Mail and/or electronic delivery to the above named attorneys of record on August 6, 2008.

I, John C. Ireland, under penalty of perjury under the laws of the State of Illinois that the forgoing was correct and true.

     August 6, 2008 _____/s/_____John C. Ireland_____
      Date    John C. Ireland

John C. Ireland
The Law Office of John C. Ireland
1921 Charles Lane
Aurora Illinois
60505
630-464-9675
Attorneyireland@aol.com
Attorney Number 6283137

## SERVICE LIST

Douglas M. Oldham
Barnes & Thornburg LLP
One North Wacker Drive
Suite 4400
Chicago, IL  60606-2809
(312) 214-5605