Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 871 | **DATE** | 8/20/2008 |
| **CASE TITLE** | Devenport v. Sam's Club West | | |

**DOCKET ENTRY TEXT**

Status hearing held; continued to 10/24/08 at 9:00 a.m.    The Court adopts the Parties' scheduling plan. Fact discovery to be completed by March 1, 2009.  The Parties are granted until  October 20, 2008 to join additional parties and until November 20, 2008 to amend the pleadings.  Dispositive motions should be filed by April 9, 2009.  Parties to disclose experts by no later than April 30, 2009, with depositions to be taken by May 30, 2009; rebuttal experts to be disclosed by June 30, 2009, with depositions to be taken by July 31, 2009   *AK*

Docketing to mail notices.

00:06;nfpc

| | | Courtroom Deputy Initials: | AC |
|---|---|---|---|
| | U.S. DISTRICT COURT | | |

2008 AUG 21  PH 3: 59

FILED